# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Courtney Richmond, | Civil No. 14-cv-1798 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Minneapolis, et al., | |
| Defendants. | |

Courtney Richmond, 820 Sixth Street South, Hopkins, MN 55343 (pro se Plaintiff).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 22, 2014 [Docket No. 6], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff Courtney Richmond's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED**.

2. The complaint [ECF No. 1] is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  September 10, 2014

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota